SAMUEL G. BROWN, Appellant, *v.* EMIL NEY et al., Respondents.

(Submitted January 21, 1892; decided February 9, 1892.)

APPEAL from judgment of the General Term of the Superior Court of the city of New York, entered upon an order made May 5, 1890, which affirmed a judgment in favor of defendants, entered upon a verdict and affirmed an order denying a motion for a new trial.

*Morris S. Wise* for appellant.

*Charles Strauss* for respondents.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.